IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES R. WHITE, | : | CIVIL NO. 3:16-CV-0461 |
| Petitioner | : | (Judge Munley) |
| v. | : | |
| WARDEN DAVID J. EBBERT, | : | |
| Respondent | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 26th day of May 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), it is hereby **ORDERED** that:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED.

2. Petitioner's motion (Doc. 8) to convert his petition into a Bivens[1] action is DENIED.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**

---

[1] Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics, 403 U.S. 388 (1971). Bivens stands for the proposition that "a citizen suffering a compensable injury to a constitutionally protected interest could invoke the general federal-question jurisdiction of the district courts to obtain an award of monetary damages against the responsible federal official." Butz v. Economou, 438 U.S. 478, 504 (1978).